# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., | Case Number: 2:18-cv-00703-MWF-AGR<br>*Hon. Michael W. Fitzgerald Presiding* |
| Plaintiff, | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| MOON COLLECTION, INC., | |
| Defendants. | |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed with prejudice; and
2. Plaintiff and Defendant will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.
3. The Court will retain jurisdiction for the purposes of enforcing the Settlement Agreement between the Parties.

SO STIPULATED.

Date: October 12, 2018          By: _____
                                    HON. MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE